# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| SVB FINANCIAL GROUP , et al.<br>*Plaintiff*<br>v.<br>FEDERAL INSURANCE COMPANY, et al.<br>*Defendant* | ) ) ) ) ) ) Case No. 5:23-cv-00095-BO |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

SVB FINANCIAL GROUP and SILICON VALLEY BANK

Date: 03/03/2023

/s/ Susan H. Boyles
*Attorney's signature*

Susan H. Boyles #20877
*Printed name and bar number*

Kilpatrick Townsend & Stockton LLP
1001 West Fourth Street
Winston-Salem NC 27101
*Address*

sboyles@kilpatricktownsend.com
*E-mail address*

(336) 607-7300
*Telephone number*

(336) 607-7500
*FAX number*