IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-cv-00095-BO

SVB FINANCIAL GROUP and SILICON )
VALLEY BANK )
                                                                             )
        Plaintiffs, )
                                                                      )
        **v.** )
                                                                        )
FEDERAL INSURANCE COMPANY and )
BERKLEY REGIONAL INSURANCE )
COMPANY, )
                                                                      )
        Defendants. )

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION AND ATTRIBUTED CITIZENSHIP**

Pursuant to Fed. R. Civ. P. 7.1 and Local Civil Rule 7.3, or Fed. R. Crim. P. 12.4 and Local Criminal Rule 12.3,

<u>Silicon Valley Bank</u> who is <u>Plaintiff</u>,
(name of party/intervenor)      (plaintiff/defendant/other)

makes the following disclosure:

1. Is the party/intervenor a publicly held corporation or other publicly held entity?

    YES ☐              NO ☒

2. Does the party/intervenor have any parent corporations?

    YES ☒              NO ☐

If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

- SVB Financial Group

3. Is 10% of more of the stock of the party/intervenor owned by a publicly held corporation or other publicly held entity?

    YES ☒              NO ☐

If yes, identify all such owners:

- SVB Financial Group

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal 12.3)?

   YES ☐                    NO ☒

5. Is the party/intervenor a trade association?

   YES ☐                    NO ☒

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If the case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditor's committee: Not applicable.

7. In a case based on diversity jurisdiction, the following is a list of every individual or entity whose citizenship is attributed to the party/intervenor:

| Silicon Valley Bank | California |
|---|---|
| (Name of individual/entity) | (State of citizenship) |
| (Name of individual/entity) | (State of citizenship) |
| (Name of individual/entity) | (State of citizenship) |
| (Name of individual/entity) | (State of citizenship) |
| (Name of individual/entity) | (State of citizenship) |
| (Name of individual/entity) | (State of citizenship) |

If there are additional individuals or entities who citizenship is attributed to the party/intervenor, please provide their names and states of citizenship on a separate piece of paper.

Signature: */s/ Raymond Sheen*

Date: March 9, 2023

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing **DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION AND ATTRIBUTED CITIZENSHIP** has been filed electronically in CM/ECF as prescribed by the Court's electronic case filing procedure and is thereby being served electronically under Fed. R. Civ. P. 5 on all counsel of record, as listed below, on March 9, 2023:

| | |
|---|---|
| Michael Keeley | Heather G. Connor |
| J. Caralisa Connell | McAngus Goudelock & Courie |
| Clark Hill PLC | PO Box 30307 |
| 901 Main Street, Suite 6000 | Charlotte, NC 28230 |
| Dallas, TX 75202-3794 | Heather.connor@mgclaw.com |
| (214) 651-4300 | (704) 404-4664 |
| (214) 651-4330 Fax | (704) 643-2376 Fax |
| mkeeley@clarkhill.com | *Local Civil Rule 83.1(d) Counsel for* |
| cconnell@clarkhill.com | *Defendant Berkley Regional Insurance* |
| *Counsel for Defendant* | *Company* |
| *Berkley Regional Insurance Company* | |

Suzanne R. Walker
Gordon Rees Scully Mansukhani LLP
421 Fayetteville Street, Suite 330
Raleigh, NC 27601
(984) 242-1811
(919) 741-5840 Fax
swalker@grsm.com
*Counsel for Defendant*
*Federal Insurance Company*

                                                        */s/ Raymond Sheen*
                                                        Raymond Sheen