IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-cv-00095-BO

| | |
|---|---|
| SVB FINANCIAL GROUP and SILICON VALLEY BANK,<br><br>    Plaintiffs,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY and BERKLEY REGIONAL INSURANCE COMPANY,<br><br>    Defendants. | **NOTICE OF SPECIAL APPEARANCE OF MORGAN G. CHURMA** |

Please take notice that the undersigned Morgan G. Churma hereby enters a notice of special appearance as counsel for plaintiffs SVB Financial Group and Silicon Valley Bank in the above-captioned matter, in association with Local Civil Rule 83.1(d) counsel, Susan H. Boyles.

I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the court.

                                                                                */s/ Morgan G. Churma*_____
                                                                                Morgan G. Churma
                                                                                Farella Braun + Martel LLP
                                                                                235 Montgomery Street, 18th Floor
                                                                                San Francisco, CA 94104
                                                                                415-954-4400
                                                                                mchurma@fbm.com
                                                                                California State Bar No. 343563
                                                                                Attorney for Plaintiffs SVB Financial Group and Silicon Valley Bank

*/s/ Susan H. Boyles*
Susan H. Boyles
Kilpatrick Townsend & Stockton
1001 West Fourth Street
Winston-Salem, NC 27101-2400
(336)607-7417
Fax: (336)734-2649
sboyles@kilpatricktownsend.com
N.C. State Bar No. 20877
Local Civil Rule 83.1(d) Counsel for Plaintiffs
SVB Financial Group and Silicon Valley Bank

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing NOTICE OF SPECIAL APPEARANCE OF MORGAN G. CHURMA has been filed electronically in CM/ECF as prescribed by the Court's electronic case filing procedure and is thereby being served electronically under Fed. R. Civ. P. 5 on all counsel of record, as listed below, on March 9, 2023:

| | |
|---|---|
| Michael Keeley | Heather G. Connor |
| J. Caralisa Connell | McAngus Goudelock & Courie |
| Clark Hill PLC | PO Box 30307 |
| 901 Main Street, Suite 6000 | Charlotte, NC 28230 |
| Dallas, TX 75202-3794 | Heather.connor@mgclaw.com |
| (214) 651-4300 | (704) 404-4664 |
| (214) 651-4330 Fax | (704) 643-2376 Fax |
| mkeeley@clarkhill.com | *Local Civil Rule 83.1(d) Counsel for* |
| cconnell@clarkhill.com | *Defendant Berkley Regional Insurance* |
| *Counsel for Defendant* | *Company* |
| *Berkley Regional Insurance Company* | |

Suzanne R. Walker
Gordon Rees Scully Mansukhani LLP
421 Fayetteville Street, Suite 330
Raleigh, NC 27601
(984) 242-1811
(919) 741-5840 Fax
swalker@grsm.com
*Counsel for Defendant*
*Federal Insurance Company*

                                             */s/ Morgan G. Churma*_____
                                             Morgan G. Churma