IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SVB FINANCIAL GROUP and ) | |
| ) | |
| FEDERAL DEPOSIT INSURANCE ) | |
| CORPORATION AS RECEIVER FOR ) | |
| SILICON VALLEY BANK, ) | |
| ) | |
| Plaintiffs, ) | CIVIL ACTION |
| ) | |
| v. ) | CASE NO. 5:23-CV-00095 |
| ) | |
| FEDERAL INSURANCE COMPANY and ) | |
| ) | |
| BERKLEY REGIONAL INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendants. ) | |

## ORDER GRANTING MOTION TO STAY BY FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR SILICON VALLEY BANK

The Court, having considered the Motion to Stay filed by Plaintiff Federal Deposit Insurance Corporation as Receiver for Silicon Valley Bank ("FDIC-R"), determined that good cause exists for issuance of a stay and that the Motion should be granted.

NOW THEREFORE, the Court GRANTS the FDIC-R's Motion and hereby STAYS all proceedings in this action for a period of 90 days commencing from the date of this order.

SO ORDERED, this 29 day of March, 2023.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE