IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:23-cv-00095-BO-RN

| | |
|---|---|
| SVB FINANCIAL GROUP and FDIC AS RECEIVER FOR SILICON VALLEY BANK, ) ) ) | |
| Plaintiffs, ) ) | **ORDER** |
| v. ) ) ) | |
| FEDERAL INSURANCE COMPANY and BERKLEY REGIONAL INSURANCE COMPANY, ) ) ) ) | |
| Defendants. ) | |

The Court, having considered Plaintiff SVB Financial Group's ("SVBFG" or "Plaintiff") Motion to Join SVB Financial Trust ("Motion"), determines that good cause exists to grant Plaintiff's Motion.

NOW THEREFORE, the Court GRANTS Plaintiff's Motion and hereby ORDERS that SVB Financial Trust be joined as a Plaintiff in this action pursuant to Federal Rule of Civil Procedure 25(c).

SO ORDERED, this _11_ day of _April_, 2025.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE