IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:23-cv-00095-BO-RN

| | | |
|---|---|---|
| SVB FINANCIAL GROUP, FDIC AS RECEIVER FOR SILICON VALLEY BANK, and SVB FINANCIAL TRUST, | ) ) ) | **SVB PLAINTIFFS'** |
| | ) | **MOTION FOR SUMMARY** |
| Plaintiffs, | ) | **JUDGMENT** |
| | ) | |
| v. | ) | |
| | ) | |
| FEDERAL INSURANCE COMPANY and BERKLEY REGIONAL INSURANCE COMPANY, | ) ) ) | |
| Defendants. | ) | |

Plaintiffs SVB Financial Group and SVB Financial Trust (together, the "SVB Plaintiffs"), by and through counsel, respectfully move this Court pursuant to Rule 56 of the Federal Rules of Civil Procedure for Summary Judgment on the grounds that there is no genuine issue as to any material fact as shown by the pleadings, depositions, answers to interrogatories, responses to requests for production of documents, and SVB Plaintiffs are entitled to summary judgment as a matter of law.

In further support of this Motion, SVB Plaintiffs incorporate by this reference its Memorandum in Support of its Motion for Summary Judgment filed along with this Motion, and the Joint Statement of Undisputed Material Facts (ECF No. 201).

WHEREFORE, SVB Plaintiffs respectfully request that the Court grant summary judgment in their favor on all claims and grant such other relief as the Court deems just and proper.

This the 4th day of May, 2026.

Respectfully submitted,

/s/ Amy E. Richardson
Amy E. Richardson

North Carolina State Bar No. 28768
HWG LLP
333 Fayetteville Street, Suite 1500
Raleigh, NC 27601
Telephone: 919-504-9833
Facsimile: 202-730-1301
E-mail: arichardson@hwglaw.com

 -and-

Keith McKenna
New York Bar No. 2920288
Orrie A. Levy
New York Bar No. 5017520
Nicholas R. Maxwell
New York Bar No. 4990016
Justin V. Javier
New York Bar No. 5950167
COHEN ZIFFER FRENCHMAN &
MCKENNA LLP
1325 Avenue of the Americas
New York, NY 10019
Telephone: (212) 584-1890
Facsimile: (212) 584-1891
kmckenna@cohenziffer.com
olevy@cohenziffer.com
nmaxwell@cohenziffer.com
jjavier@cohenziffer.com

*Counsel for Plaintiffs SVB Financial Group
and SVB Financial Trust*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this date, May 4, 2026, I caused the foregoing document to be filed and served on all counsel of record by operation of the CM/ECF system for the United States District Court for the Eastern District of North Carolina.

Respectfully Submitted,

/s/ Amy E. Richardson
Amy E. Richardson